



## MEMORANDUM OPINION

No. 04-11-00345-CR

Arturo **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3117W
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed:  July 20, 2011

DISMISSED

The trial court signed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) provides, "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). Accordingly, on June 9, 2011, this court issued an order stating this appeal would be dismissed pursuant to Rule 25.2(d) unless an amended trial court certification that shows

defendant has the right of appeal was made part of the appellate record.  *See Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.  No amended trial court certification has been filed; therefore, this appeal is dismissed.


PER CURIAM

Do not publish